UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| XAVIER GARDNER, on behalf of himself and others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CREDIT CONTROL SERVICES, INC.,<br><br>Defendant. | No. 2:16-cv-317-TLN-EFB<br><br><u>ORDER AFTER HEARING</u> |

This case was before the court on November 2, 2016, for hearing on plaintiff Xavier Gardner's motion to compel defendant Credit Control Services, Inc. to provide further responses to plaintiff's Request for Production of Documents. ECF No. 13. Attorney Annick Persinger appeared on behalf of plaintiff; attorney Stephen Watkins appeared on behalf of defendant.

For the reasons stated on the record, plaintiff's motion to compel (ECF No. 13) is granted in part and denied in part. By no later than December 2, 2016, defendant shall produce its outbound call logs in response to plaintiff's Requests for Production of Documents numbers 18-21. By the same date, defendant shall also produce documents responsive to Requests for Production of Documents 7-10. However, the production related to requests 7-10 shall be limited

/////

/////

1

to responsive documents that were utilized, relied upon, or created within four years prior to the filing of the complaint in this action.  The motion is denied in all other regards.

DATED:  November 16, 2016.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE